**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7801**

———————

CLARENCE JUNIOR JAMES,

Plaintiff - Appellant,

versus

J. M. JABE, Chief Warden (A-Unit); RON
ANGELIO, Head Doc; G. L. BASS, Warden,
Assistant (A-Unit),

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-95-935-2)

———————

Submitted: April 16, 1996           Decided: May 3, 1996

———————

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence Junior James, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's order dismissing his action under 42 U.S.C. § 1983 (1988), without prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for general relief and affirm on the reasoning of the district court. James v. Jabe, No. CA-95-935-2 (E.D. Va. Oct. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED